[Civ. No. 4855. Third Appellate District.—April 10, 1933.]

RICHARD HANSEN, Petitioner, v. G. FLETCHER DODD, as City Clerk and Ex-officio Assessor, etc., Respondent; JOHN J. DUFFY, Intervener.

Samuel W. Gardiner for Petitioner.

G. Fletcher Dodd, *in pro. per.*, for Respondent.

Puter & Quinn for Intervener.

THE COURT.— This proceeding has for its purpose the question as to the true boundary lines of the City of Crescent City, and therefore, for the reasons set forth in action No. 4854, entitled *"City of Crescent City, a Municipal Corporation, Petitioner, v. G. Fletcher Dodd, as City Clerk and Ex-officio Assessor of City of Crescent City, Respondent"* (*ante*, p. 153 [18 Pac. (2d) 999]), is hereby dismissed.